**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| MARCELL WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ELY STATE PRISON, *et al.*,<br><br>　　　　　Defendants. | Case No. 3:24-CV-00022-ART-CLB<br><br>**ORDER GRANTING MOTION TO EXTEND TIME**<br><br>[ECF No. 16] |

Currently pending before the Court is Plaintiff's motion to extend time. (ECF No. 16.) Plaintiff seeks a seven-day extension of time to file a reply to his motion for a preliminary injunction and/or temporary restraining order, (ECF Nos. 5, 6). (*Id.*) The Court finds good cause exists to grant this extension of time. The deadline for Plaintiff to file a reply to his motion for preliminary injunction and/or temporary restraining order, (ECF Nos. 5, 6), is now due on **July 5, 2024**.

**IT IS SO ORDERED.**

**DATED**:  June 28, 2024  .

_____
**UNITED STATES MAGISTRATE JUDGE**