UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARCELL WILLIAMS,<br>　　　　　　　　　Plaintiff,<br>　v.<br>JAMES DZURENDA, et al.,<br>　　　　　　　　　Defendants. | Case No. 3:24-cv-00022-ART-CLB<br><br>ORDER |

　　　The Complaint in this action was filed on May 29, 2024 (ECF No. 8). The Court issued a notice of intent to dismiss John Doe ESP Head of Mental Health Department under Fed. R. Civ. P. 4(m) unless proof of service is filed by March 19, 2025. (ECF No. 45.) To date, no such proof of service has been filed.

　　　Accordingly, it is therefore ordered that the claims against John Doe ESP Head of Mental Health Department is dismissed without prejudice.

　　　DATED this 10th day of June 2025.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Anne R. Traum
　　　　　　　　　　　　　　　　　United States District Court Judge

1