UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARCEL WILLIAMS,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ELY STATE PRISON, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 3:24-CV-00022-ART-CLB<br><br>**ORDER GRANTING MOTION TO EXTEND TIME FOR PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>[ECF No. 58] |

Before the Court is Plaintiff's motion to extend the filing deadline for his opposition to Defendants' motion for summary judgment. (ECF No. 58.) For good cause appearing, Plaintiff's motion is **GRANTED**. Plaintiff's opposition is now due on **September 18, 2025**.

　　　IT IS SO ORDERED.

　　　DATED: September 16, 2025.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE