**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| MARCELL WILLIAMS,<br><br>                    Plaintiff,<br><br>    v.<br><br>ELY STATE PRISON, *et al.*,<br><br>                    Defendants. | Case No. 3:24-CV-00022-ART-CLB<br><br>**ORDER GRANTING MOTION TO EXTEND TIME FOR PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>[ECF No. 61] |

Before the Court is Plaintiff's motion to extend the filing deadline for his opposition to Defendant's motion for summary judgment. (ECF No. 61.) For good cause appearing, Plaintiff's motion is **GRANTED**. Plaintiff's opposition is now due on **September 28, 2025**.

**IT IS SO ORDERED.**

**DATED**: September 22, 2025.

_____
**UNITED STATES MAGISTRATE JUDGE**